**ORIGINAL**

## In the United States Court of Federal Claims

**FILED**
JAN - 9 2015
U.S. COURT OF FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * *   *
                                    *
JACQUELINE R. SIMS,                 *
                                    *
            Protestor,              *
                                    *   Nos. 14-1042C, 14-1043C
v.                                  *   Filed: January 9, 2015
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### ORDER

The court is in receipt of plaintiff's January 9, 2015 notice of voluntary dismissal of the above captioned cases. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2014), this court **ORDERS** that both cases be **DISMISSED** without prejudice, with each party to bear its own costs. The court **CANCELS** the status conference previously scheduled for Monday, January 12, 2015 at 10:30 a.m., EST.

**IT IS SO ORDERED.**

MARIAN BLANK HORN
Judge